UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JACK A. JOSLYN,
                              **Plaintiff,**

-against-                                                    **6:04-CV-348**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

                              **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

      This matter was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. After examining the record, this Court has determined that the Report-Recommendation and Order dated January 5, 2006 is not subject to attack for plain error or manifest injustice. Furthermore, no objections to the Report-Recommendation and Order have been raised. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein. It is therefore

      **ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report-Recommendation and Order dated January 5, 2006.

DATED: March 22, 2006

                                                          Thomas J. McAvoy
                                                          Senior, U.S. District Judge